# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

**Cozy Inn, Incorporated, d/b/a The Cozy Inn**; **Stephen Howard**;

Plaintiffs-Appellees,

v.

**City of Salina, Kansas.**
Defendant-Appellant

Case No. 25-3225

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Cozy Inn, Incorporated, d/b/a The Cozy Inn, and Stephen Howard, Appellees/Respondents, certifies[1] as follows:

☒ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

Cozy Inn, Incorporated, d/b/a The Cozy Inn, is a Kansas for-profit corporation. Stephen Howard is the owner and President of Cozy Inn, Incorporated. Cozy Inn, Incorporated, d/b/a The Cozy Inn is not publicly owned or traded.

Kansas Justice Institute, which represents the Plaintiffs/Appellees, is a Kansas limited liability company whose sole member is Kansas Policy Institute, a nonprofit, non-partisan public policy organization – a think tank. Neither entity is publicly owned or traded.

☐ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

January 2, 2026
Date

/s/ Samuel G. MacRoberts
Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Disclosure Statement
[date]

______________________________________________________________________
[name of party]

at______________________________________________________________________,
[address]

the last known address/email address, by

_______________________________________________.
[method of service]

January 2, 2026
Date

/s/ Samuel G. MacRoberts
Signature