UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**Cozy Inn, Incorporated, d/b/a The Cozy Inn**; **Stephen Howard**;

Plaintiffs-Appellees,

v.

**City of Salina, Kansas.**

Defendant-Appellant

Case No. 25-3225

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Cozy Inn, Incorporated, d/b/a The Cozy Inn, and Stephen Howard, Plaintiffs-Appellees, in the above-captioned case(s).

Samuel G. MacRoberts
Name of Counsel

/s/ Samuel G. MacRoberts
Signature of Counsel

12980 Metcalf Ave., Suite 130
Overland Park, KS 66213
913-213-5018
Mailing Address and Telephone Number

Sam@KansasJusticeInstitute.org
E-Mail Address

Jeffrey Shaw
Name of Counsel

/s/ Jeffrey Shaw
Signature of Counsel

12980 Metcalf Ave., Suite 130
Overland Park, KS 66213
913-213-5121
Mailing Address and Telephone Number

Jeff@KansasJusticeInstitute.org
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Kansas Justice Institute, which represents the Plaintiffs-Appellees, is a Kansas limited liability company whose sole member is Kansas Policy Institute, a nonprofit, non-partisan public policy organization – a think tank. Neither entity is publicly owned or traded.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

January 2, 2026
Date

/s/ Samuel G. MacRoberts
Signature

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_______________________________________________________________________

at_____________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

January 2, 2026
Date

/s/ Samuel G. MacRoberts
Signature