UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Cozy Inn, Incorporated, et al.<br><br>v.<br><br>City of Salina, Kansas | Case No. 25-3225 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

City of Salina, Kansas

Appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| Todd Messenger<br><br>Name of Counsel | Lee Katherine Goldstein<br><br>Name of Counsel |
|---|---|
| */s/ Todd Messenger*<br>Signature of Counsel<br><br>1801 California St., Ste 2600<br>Denver, CO 80202<br>(303) 830-2400<br>Mailing Address and Telephone Number<br><br>tmessenger@fwlaw.com<br>Email Address | */s/ Lee Katherine Goldstein*<br>Signature of Counsel<br><br>1801 California St., Ste 2600<br>Denver, CO 80202<br>(303) 830-2400<br>Mailing Address and Telephone Number<br><br>lgoldstein@fwlaw.com<br>Email Address |

| | |
|---|---|
| Amanda Jokerst<br><br>Name of Counsel<br><br>*/s/ Amanda Jokerst*<br>Signature of Counsel<br><br>1801 California St., Ste 2600<br>Denver, CO 80202<br>(303) 830-2400<br>Mailing Address and Telephone Number<br><br>ajokerst@fwlaw.com<br>E-Mail Address | |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

January 5, 2026
Date

*<u>/s/ Todd Messenger</u>*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________

at_______________________________________________________________ the last known address/email address, by_____________________________________
[state method of service]

January 5, 2026
Date

*/s/ Todd Messenger*
Signature