# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Cozy Inn, Incorporated, et al.<br>v.<br>City of Salina, Kansas | Case No. 25-3225 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of City of Salina, Kansas
[Party Name(s)]
certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

January 5, 2026
Date

Todd Messenger
Name of Counsel

*/s/ Todd Messenger*
Signature of Counsel

1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400

Lee Katherine Goldstein
Name of Counsel

*/s/ Lee Katherine Goldstein*
Signature of Counsel

1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

Mailing Address and Telephone Number

tmessenger@fwlaw.com
Email Address

Mailing Address and Telephone Number

lgoldstein@fwlaw.com
Email Address

Amanda Jokerst
Name of Counsel

*/s/ Amanda Jokerst*
Signature of Counsel

1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400
Mailing Address and Telephone Number

ajokerst@fwlaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Disclosure Statement
[date]

______________________________________________________________________________
[name of party]

at___________________________________________________________________________,
[address]

the last known address/email address, by __________________________________________
[method of service]

January 5, 2026
Date

*s/ Todd Messenger*
Signature