# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Kansas City, Kansas

January 7, 2026

Clerk, U.S. Court of Appeals
for the Tenth Circuit

District Court Case No.: 6:24-cv-01027-TC

Circuit Appeal No.: 25-03225

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

________ The transcript was filed this date.

___X___ A transcript is not necessary for this appeal.

________ The necessary transcript is already on file in the U.S. District Court.

________ The necessary transcript was ordered previously in Appeal No. __________________.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ C. Abraham

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)