**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| Cozy Inn, Incorporated, d/b/a The Cozy Inn, et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>City of Salina, Kansas<br><br>Defendant-Appellant. | Case No. 25-3225<br>(D.C. No. 6:24-cv-01027-TC)<br>(D. Kan.) |

---

**STATUS REPORT**

---

Appellant, City of Salina Kansas, by and through its attorneys of record and pursuant to the Order entered on January 7, 2026, hereby advises the Court that the District Court entered a Rule 58 Judgment, titled "Judgment in a Civil Case" on January 7, 2025 (Doc. #148) a copy of which is attached hereto.

Respectfully submitted this 9th day of January, 2026.

Todd Messenger
Name of Counsel

*s/ Todd Messenger*
Signature of Counsel

1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400

Lee Katherine Goldstein
Name of Counsel

*s/ Lee Katherine Goldstein*
Signature of Counsel

1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400

Mailing Address and Telephone Number
tmessenger@fwlaw.com
Email Address

Mailing Address and
Telephone Number
lgoldstein@fwlaw.com
Email Address

Amanda Jokerst
Name of Counsel

*s/ Amanda Jokerst*
Signature of Counsel
1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400
Mailing Address and Telephone Number

ajokerst@fwlaw.com
E-Mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2026, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

Samuel G. MacRoberts
Jeffrey Shaw
Sam@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org

Date: January 9, 2026

<u>*s/ Todd Messenger*</u>
Signature of Counsel
Todd Messenger
Attorney for Appellant
1801 California St., Ste 2600
Denver, CO 80202
(303) 830-2400
tmessenger@fwlaw.com