**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 12, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

COZY INN, INCORPORATED, d/b/a The Cozy Inn, et al.,

Plaintiffs - Appellees,

v.

CITY OF SALINA, KANSAS,

Defendant - Appellant.

No. 25-3225
(D.C. No. 6:24-CV-01027-TC)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on the appellant's Status Report filed January 9, 2026. This court abated proceedings in this appeal based on the appellant's indication that final judgment had not yet been entered below. The appellant now reports the district court entered final judgment [Dist. Ct. ECF 148] and attached a copy of it to the Status Report.

Upon consideration, the abatement of this appeal is lifted. The jurisdictional issue raised in this court's January 7, 2026 order [ECF 11] and the appellant's Status Report [ECF 13] are referred to the panel of judges that will be selected later to consider this appeal on the merits for additional attention, if warranted. The appellant need not file a memorandum brief (the court vacates that obligation), but the parties may address appellate jurisdiction with added detail and specificity in their merits briefs if further explanation would be helpful to the court.

The district court previously notified this court and the parties that the record is complete for purposes of this appeal. Accordingly, briefing on the merits will begin. The appellant shall file the opening brief and appendix within 40 days of the date of this order. The rest of the briefing schedule will follow Federal Rule of Appellate 31 and Tenth Circuit Rule 31.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk