UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

COZY INN, INC.; and
STEPHEN HOWARD,

v.

CITY OF SALINA, KANSAS

Case No. 25-3225

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

National Federation of Independent Business, Inc.,
[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

J. Michael Connolly
Name of Counsel

*/s/ J. Michael Connolly*
Signature of Counsel

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Mailing Address and Telephone Number

mike@consovoymccarthy.com
E-Mail Address

Paul R. Draper
Name of Counsel

*/s/ Paul R. Draper*
Signature of Counsel

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Mailing Address and Telephone Number

paul@consovoymccarthy.com
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 31, 2026
Date

*/s/ J. Michael Connolly*
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________________

at__________________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

March 31, 2026
Date

*/s/ J. Michael Connolly*
Signature