**No. 25-3225**

# United States Court of Appeals for the Tenth Circuit

---

Cozy Inn, Inc., d/b/a The Cozy Inn,
Stephen Howard

*Plaintiffs-Appellees*,

v.

City of Salina, Kansas

*Defendant-Appellant*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
THE HONORABLE JUDGE TOBY CROUSE
D.C. NO. 6:24-CV-01027-TC

---

**Motion of the Liberty Justice Center for Leave to File as *Amicus Curiae* in Support of Plaintiffs-Appellees**

---

Brendan J. Philbin
*Counsel of Record*
Jesse Leon
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
bphilbin@libertyjusticecenter.org

## MOTION

Pursuant to Fed. R. App. Pro. 29(a), the Liberty Justice Center respectfully requests leave to file the accompanying brief in support of Plaintiffs-Appellees, The Cozy Inn and Stephen Howard, as *amicus curiae*.

This Court should grant leave to file the accompanying *amicus curiae* brief because it provides perspective not fully addressed by the parties. The accompanying brief surveys the regulatory decisions regarding Salina murals and the risk of subjective and arbitrary government suppression of free expression. In First Amendment jurisprudence, the Supreme Court has long been concerned that excessive government discretion "creates an impermissible risk of suppression of ideas." *Forsyth Cnty. v. Nationalist Movement*, 505 U.S. 123, 129 (1992). Liberty Justice Center shares this concern. The accompanying *amicus curiae* brief establishes that the risk of suppression—including suppression of religious expression—persists in Salina. The risk of arbitrary and content-based suppression of free expression impacts all Americans.

Liberty Justice Center is a national non-profit, nonpartisan public interest litigation firm that seeks to enforce constitutional restraints on government actors to protect individual liberty. Liberty Justice Center's interest in this case stems from its extensive nationwide advocacy to protect our First Amendment right to free expression. Liberty Justice Center also litigates First Amendment matters in this circuit. *See e.g. Rio Grande Found. v. Oliver,* 154 F.4th 1213 (10th Cir. 2025); *Cubin v. Gordon,* No. 24-8084 (10th Cir. filed Mar. 26, 2025). Liberty Justice Center is invested in decisions of how courts address government decisions that tend to affect and degrade the freedom of speech and can provide relevant perspective to the adjudication of this matter. The outcome of this case will directly impact Liberty Justice Center's mission in this Circuit and across the United States.

In accordance with Tenth Circuit Local Rule 29.2, Liberty Justice Center sought consent from both parties to file the accompanying *amicus curiae* brief. Plaintiffs-Appellees consented. Defendant-Appellant declined to consent.

For the foregoing reasons, the Liberty Justice Center respectfully requests this Court grant leave to file the accompanying brief as *amicus curiae*.

Dated: April 01, 2026

Respectfully submitted,

Brendan J. Philbin

Brendan J. Philbin
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
bphilbin@libertyjusticecenter.org

Attorney for *Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the foregoing motion using the Court's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the Court's CM/ECF system.

/s/ Brendan J. Philbin
Brendan J. Philbin
*Counsel of Record*
Jesse Leon
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78737
512-481-4400
bphilbin@libertyjusticecenter.org