UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Cozy Inn, Incorporated d/b/a Cozy Inn, Stephen Howard
v.
City of Salina, Kansas

Case No. 25-3225

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Liberty Justice Center
[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| Brendan J. Philbin | |
| Name of Counsel | Name of Counsel |
| Brendan J. Philbin | |
| Signature of Counsel | Signature of Counsel |
| 7500 Rialto Blvd., Austin TX 78735; 512-481-4400 | |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| bphilbin@libertyjusticecenter.org | |
| E-Mail Address | E-Mail Address |

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

**CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))**

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 1, 2026
Date

Brendan J. Phillips
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________________

at_________________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

April 1, 2026
Date

Brendan J. Phillin
Signature