UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Cozy Inn, Incorporated, et al., *Plaintiffs-Appellees,* v. City of Salina, Kansas, *Defendant-Appellant.* | Case No. 25-3225 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Institute for Justice

[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Robert Frommer
Name of Counsel

*/s/ Robert Frommer*
Signature of Counsel

901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
Mailing Address and Telephone Number

rfrommer@ij.org
E-Mail Address

Elizabeth (Betsy) Sanz
Name of Counsel

*/s/ Elizabeth Sanz*
Signature of Counsel

901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
Mailing Address and Telephone Number

bsanz@ij.org
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

**[Continued from Page 1]**

Riley Grace Borden

Name of Counsel

*/s/ Riley Grace Borden*

Signature of Counsel

600 University St., Suite 2710
Seattle, WA 98101
(206) 957-1300

Mailing Address and Telephone Number

rgborden@ij.org

E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 1, 2026

Date

*/s/ Robert Frommer*

Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

________________________________________________________________________________

at________________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

April 1, 2026
________________________
Date

*/s/ Robert Frommer*
____________________________________
Signature