UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Cozy Inn, Incorporated, d/b/a The Cozy Inn, *et al.*,

v.

City of Salina, Kansas.

Case No. 25-3225

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Alliance Defending Freedom

[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

John J. Bursch
Name of Counsel

s/ John J. Bursch
Signature of Counsel

440 First Street NW, Suite 600; Washington, DC 20001; (202) 393-8690
Mailing Address and Telephone Number

jbursch@ADFlegal.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 1, 2026
Date

s/ John J. Bursch
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

x☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:

[date]

________________________________________________________________________

at________________________________________________________________________,

the last known address/email address, by _______________________________________________.

[state method of service]

April 1, 2026

Date

s/ John J. Bursch

Signature