UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Cozy Inn, Incorporated, d/b/a The Cozy Inn, *et al.*, v. City of Salina, Kansas. | Case No. 25-3225 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Alliance Defending Freedom

[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| James A. Campbell | |
| Name of Counsel | Name of Counsel |
| s/ James A. Campbell | |
| Signature of Counsel | Signature of Counsel |
| 44180 Riverside Pkwy; Lansdowne, Virginia 20176; (571) 707-4655 | |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jcampbell@ADFlegal.org | |
| E-Mail Address | E-Mail Address |

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 1, 2026

Date

s/ James A. Campbell

Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

________________________________________________________________________

at_________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

April 1, 2026
Date

s/ James A. Campbell
Signature