UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| **Cozy Inn, Incorporated, d/b/a The Cozy Inn; Stephen Howard;**<br>Plaintiffs-Appellees<br>v.<br>**City of Salina, Kansas**<br>Defendant-Appellant | Case No. 25-3225 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Pacific Legal Foundation
[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Amy Peikoff
Name of Counsel

/s/Amy Peikoff
Signature of Counsel

555 Capitol Mall, Suite 1290, Sacramento, CA 95814, T: (916) 419-7111
Mailing Address and Telephone Number

APeikoff@pacificlegal.org
E-Mail Address

Jeremy Talcott
Name of Counsel

/s/ Jeremy Talcott
Signature of Counsel

555 Capitol Mall, Suite 1290, Sacramento, CA 95814, T: (916) 419-7111
Mailing Address and Telephone Number

JTalcott@pacificlegal.org
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 1, 2026
Date

/s/ Jeremy Talcott
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

______________________________________________________________________

at______________________________________________________________________,

the last known address/email address, by ________________________________________________.
[state method of service]

April 1, 2026
Date

/s/ Jeremy Talcott
Signature