**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 2, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

COZY INN, INCORPORATED, d/b/a The Cozy Inn, et al.,

Plaintiffs - Appellees,

v.

CITY OF SALINA, KANSAS,

Defendant - Appellant.

No. 25-3225
(D.C. No. 6:24-CV-01027-TC)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on the following motions:

1. *Motion of the Liberty Justice Center for Leave to File as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 30;
2. *Motion for Leave to File Brief of Pacific Legal Foundation as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 35;
3. *Motion of National Federation of Independent Business, Inc. for Leave to File Brief as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 38;
4. *Motion for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 44;
5. *Motion by Alliance Defending Freedom for Leave to File an Amicus Curiae Brief in Support of Plaintiffs-Appellees*, ECF No. 51; and

6. *Motion for Leave to File Brief Amici Curiae of Goldwater Institute and Manhattan Institute in Support of Appellees and Reversal*, ECF No. 52.

All six motions indicate that Plaintiffs-Appellees consent to the briefs, but Defendant-Appellant does not. Accordingly, on or before **April 8, 2026**, any party opposing the above-listed motions shall file a response detailing the grounds for its opposition. If no response is filed, the court will deem the motions unopposed and proceed accordingly.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk