**CASE NO. 25-3225**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

Cozy Inn, Incorporated,
d/b/a The Cozy Inn, *et al.*

Plaintiffs-Appellees,

v.

City of Salina, Kansas

Defendant-Appellant.

On Appeal from the United States District Court for the District of Kansas
The Honorable Judge Toby Crouse
D.C. No. 6:24-cv-01027-TC

**AFFIDAVIT OF JACOB WOOD**

I, Jacob Wood, City Manager for the City of Salina, Kansas, being first duly sworn, declare under penalty of perjury as follows:

1. I am over 18 years of age and have personal knowledge of the following facts set forth in this Affidavit, and, if called as a witness, I could testify competently to them.

2. I am the City Manager for the City of Salina. I have held this position since August 25, 2025. Prior to that, I served as the interim City Manager of the City

of Salina from January 8, 2025 through August 25, 2025. Prior to that, I served as the Deputy City Manager of the City of Salina from April 29, 2019 to January 7, 2025.

3. On April 8, 2026, I visited the following web pages:

a. https://kansasjusticeinstitute.org/about-us/ ("About KJI")

b. https://spn.org/directory/ ("SPN Directory")

c. https://spn.org/state-policy-network-about/ ("About SPN")

4. The About SPN web page includes four tabs that provide different information: "About," "History," "FAQs," and "Annual Report." I selected "FAQs."

5. The About KJI web page states: "KJI is a wholly-owned subsidiary of Kansas Policy Institute . . . ."

6. The SPN Directory web page lists the following organizations as affiliates or partners of the State Policy Institute: Kansas Policy Institute (affiliate), Pacific Legal Foundation (partner), Liberty Justice Center (partner), Institute for Justice (partner), Goldwater Institute (affiliate), and Manhattan Institute for Policy Research (partner).

7. The FAQ tab on the About SPN web page states:

a. "SPN supports a powerful movement of 64 independent state think tank affiliates."

b. "There are 64 independent, nonpartisan state affiliate members, and more than 100 nonprofit national partners."

c. "Today's state think tanks are often the hub for deploying Durable Freedom Infrastructure, which is designed to help states secure enduring wins that last beyond an election cycle."

d. "Durable Freedom Infrastructure," is a "battle-tested model that deploys key capacities . . . [that] ensure hard-fought wins last beyond the next election cycle," including "Litigation Centers."

8. Exhibit 1, attached hereto, is an accurate copy of the About KJI, SPN Directory, and About SPN web pages as I viewed them on April 8, 2026.

Signed: ______________________
Jacob Wood

STATE OF KANSAS )
) ss.
COUNTY OF SALINE )

Subscribed and sworn to before me by Jacob Wood on this 8th day of April, 2026.

Witness my hand and official seal.

(Seal) ALLIE HAYES NOTARY PUBLIC STATE OF KANSAS My Appt. Expires 02/06/2028

My commission expires: 2/6/28

______________________
Notary Public

**EXHIBIT 1**

to Affidavit of Jacob Wood

About KJI, SPN Directory, and About SPN web pages

# About Us




Kansas Justice Institute is a free public-interest litigation firm protecting the freedoms guaranteed by the Kansas and United States Constitutions through cutting-edge litigation.

KJI also examines, discusses and educates the public regarding issues concerning the size and scope of government power to ensure that all Kansans have the right to control their own destinies as free and responsible members of society.

KJI is a wholly-owned subsidiary of Kansas Policy Institute and has its own Advisory Council.



# The Network

Filter by State:

All States

SHOW RESULTS

# Affiliates

## Alabama Policy Institute

Alabama
200 Missionary Ridge Drive, Suite 110, Birmingham 35242
(205) 870-9900

## Alaska Policy Forum

Alaska
7926 Old Seward Hwy Ste A6, Anchorage 99518
907-334-5853

## Arkansas Policy Foundation

Arkansas
111 Center Street, Suite 1200, Little Rock 72201
501-537-0825

## AZ Liberty Network

Arizona
1835 E Elliot Rd., Ste 105, Tempe 85284
480-567-6407

# Partners

## 1851 Center for Constitutional Law

Ohio
122 E Main Street, Fourth Floor, Columbus 43215
6143409817

## 50Can

Washington, DC
1380 Monroe Street NW, #413, Washington, DC 20010
308-224-4309

## Abundance Institute

Utah
303 Chipeta Way, Salt Lake City 84108
385-225-2730

## Accuracy in Media

Washington, DC
1717 K St. NW 20006
202-670-7729

## Acton Institute

## Badger Institute

Wisconsin
700 W. Virginia Street, Suite 301, Milwaukee 53204
414-225-9940

## Beacon Center of Tennessee

Tennessee
1200 Clinton Street, #205, Nashville 37203
6153836431

## Bluegrass Institute

Kentucky
P.O. Box 11706, Lexington 40577
2703204376

## Caesar Rodney Institute

Delaware
420 Corporate Boulevard, Newark 19702
302-273-0080

## California Policy Center

California

Michigan
98 E. Fulton Street, Grand Rapids 49503
616.454.3080

## Alpha News

Minnesota
13033 Ridgedale Drive, #101, Minnetonka 55305
(612) 695-0627

## AMAC Action

Florida
2032 Tally Road, Suite 1, Leesburg 34748
855-809-6975

## America First Policy Institute

Virginia
PO Box 2646, Arlington 22202
855-487-2178

## America's Future

Washington, DC
1367 Connecticut Ave NW, Suite 200 20036
202-331-2261

18002 Irvine Blvd, Suite 108,
Tustin 92780
714-714-8871

## Cardinal Institute for West Virginia Policy

West Virginia
P.O. Box 11495, Charleston 25339
304-561-7634

## Cascade Policy Institute

Oregon
4850 SW Scholls Ferry Road, Suite 103, Portland 97225
503-242-0900

## Center of the American Experiment

Minnesota
12600 Whitewater Dr., Ste. 150, Minnetonka 55343
612-338-3605

## Commonwealth Foundation for Public Policy Alternatives

## American Conservative Union

Virginia
1199 N. Fairfax St., Alexandria 22314
202-347-9388

## American Consumer Institute

Virginia
4350 Fairfax Drive, Suite 725, Arlington 22203
703-282-9400

## American Council of Trustees and Alumni

Washington, DC
1730 M Street NW, Suite 600, Washington 20036
202-467-6787

## American Dream Legal

Mississippi
611 S. Pear Orchard, Unit 1614, Ridgeland 39157
601-879-5590

## American Enterprise Institute

Washington, DC

Pennsylvania
223 State Street, Suite 302,
Harrisburg 17101
717–671–1901

## Empire Center for Public Policy

New York
PO Box 7113, Albany 12224
518–434–3100

## Empower Mississippi Foundation

Mississippi
1000 Northpark Dr, Ridgeland 39157
601–500–1823

## Freedom Foundation

Washington
PO Box 552, Olympia 98507–0552
360–956–3482

## Freedom Foundation of Minnesota

Minnesota
825 Nicollet Mall, Suite 815, Minneapolis 55402
612–354–2160

1789 Massachusetts Avenue, NW,
Washington 20036
202–862–5800

## American Institute for Economic Research

Massachusetts
PO Box 1000, Great Barrington 01230
888–528–1216

## American Juris Link

Arizona
7000 N 16 St, Suite 120–155, Phoenix 85020

## American Legislative Exchange Council

Virginia
2900 Crystal Drive, Suite 600, Arlington 22202
703–373–0933

## Americans for Fair Treatment

Pennsylvania
225 State Street, Suite 301, Harrisburg 17101
7172164756

## Frontier Institute

Montana
PO Box 5104, Helena 59604

## Garden State Initiative

New Jersey
12 Quimby Lane, Bernardsville 07924
(862)345-7275

## Georgia Center for Opportunity

Georgia
3847 Medlock Bridge Road, Peachtree Corners 30092
770-242-0001

## Georgia Public Policy Foundation

Georgia
3200 Cobb Galleria Parkway, Suite 214, Atlanta 30339
404-256-4050

## Goldwater Institute

## Americans for Prosperity

Virginia
1310 N Courthouse Rd, Ste 700, Arlington 22201
703-224-3200

## Archbridge Institute

Washington, DC
810 7th Street NE, Washington 20002
(202) 486-8457

## Arizona Free Enterprise Club

Arizona
PO Box 32935, Phoenix 85064
602-385-0757

## Association of American Educators Foundation

Virginia
2560 Huntington Avenue, Suite 301, Alexandria 22303
703-739-2100

## Atlas Network

Washington, DC
4075 Wilson Blvd. , Suite 310, Arlington 22203

Arizona
500 E Coronado Road, Phoenix
85004
602-462-5000

202-449-8449

## Bill of Rights Institute

Virginia
1310 North Courthouse Road, Suite
620, Arlington 22201
703-894-1776

## Grassroot Institute of Hawaii

Hawaii
1050 Bishop St, 508, Honolulu
96813
808-864-1776

## Capital Research Center

Washington, DC
1513 16th Street, NW, Washington
20036
(202) 483-6900

## Idaho Freedom Foundation

Idaho
802 W. Bannock Street, Suite
405, Boise 83702
208-258-2280

## Cato Institute

Washington, DC
1000 Masachusetts Ave, NW,
Washington 20001
202-842-0200

## Illinois Policy Institute

Illinois
300 S Riverside Plaza, 1650,
Chicago 60606
312.346.5700

## Centennial Institute

Colorado
8787 W Alameda Ave, Lakewood
80226
303-963-3157

## Independence Institute

Colorado
727 E. 16th Ave., Denver 80203

## Center for Education Reform

303-279-6536

## Institute for Reforming Government

Wisconsin
PO Box 180291, Delafield 53018

## Iowans for Tax Relief Foundation

Iowa
PO Box 39, Waukee 50263
515-895-3725

## John Locke Foundation

North Carolina
4800 Six Forks Rd., Suite 220, Raleigh 27609
919-828-3876

## Josiah Bartlett Center for Public Policy

New Hampshire
P.O. Box 897, Concord 03302
603-224-4450

Washington, DC
1455 Pennsylvania Avenue NW, Suite 250, Washington 20004
202-750-0016

## Center for Independent Employees

South Carolina
PO Box 2421, Spartanburg 29304
(864) 316-9050

## Center for Independent Thought

Pennsylvania
20 Rope Lane, Levittown 11756
516-731-3047

## Center for Individual Rights

Washington, DC
1100 Connecticut Ave., NW, Suite 625, Washington, DC 20036
202-833-8400

## Center for Latino Leadership

Washington
1420 Marvin Rd NE, Lacey 98516

## Kansas Policy Institute

Kansas
250 N. Water St., Wichita 67202
3166340218

## Libertas Institute

Utah
2183 W Main St, Suite A102, Lehi 84043
(801) 901-0310

## MacIver Institute for Public Policy

Wisconsin
44 E Mifflin, Suite 404, Madison 53703
608-630-2093

## Mackinac Center for Public Policy

Michigan
P.O. Box 568, 140 West Main Street, Midland 48640
989-631-0900

## Maine Policy Institute

Maine

509.899.1156

## Children's Scholarship Fund

New York
8 West 38th St., Suite 804, New York 10018
212-515-7134

## Cicero Institute

Texas
2112 Rio Grande Street, Austin 78705
(512) 815-2028

## Citizen Action Defense Fund

Mississippi
111 21st Ave SW, Olympia 98501
503-863-4846

## Citizens Against Government Waste

Washington, DC
317 Massachusetts Avenue NE, Suite 300, Washington 20002
202-467-5300

P.O. Box 7829, Portland 04112
207-321-2550

## Mississippi Center for Public Policy

Mississippi
520 George Street, Jackson 39202
601-969-1300

## Mountain States Policy Center

Idaho
PO Box 2639, Coeur d'Alene 83816

## Nevada Policy Research Institute

Nevada
7130 Placid St., Las Vegas 89119
702-222-0642

## New Jersey Policy Institute

New Jersey
2200 Route 10, Morris Plains 07950
609-439-8637

## Citizens' Council for Health Freedom

Minnesota
161 St. Anthony Ave Suite 923, Saint Paul 55103
651-646-8935

## Coalition for Liberty

North Carolina
2520 Whitehall Park Dr., Suite 100 , Charlotte 28273
704-936-2390

## Common Sense Institute (Arizona)

Arizona
5050 N. 40th St., Suite 240, Phoenix 85018
(602) 714-7473

## Common Sense Institute (Colorado)

Colorado
6295 Greenwood Plaza Blvd, Ste 100, Greenwood Village 80111
(303) 261-8147

## Common Sense Institute (Iowa)

## Oklahoma Council of Public Affairs

Oklahoma
1401 N Lincoln Blvd, Oklahoma City 73104
405-602-1667

## Opportunity Arkansas Foundation

Arkansas
PO Box 2104, Conway 72033
501-500-1075

## Pacific Research Institute

California
PO Box 60485, Pasadena 91116
415-989-0833

## Palmetto Promise Institute

South Carolina
P.O. Box 12676, Columbia 29211
803-708-0673

## Pelican Institute for Public Policy

Louisiana

Iowa
100 E Grand Ave, STE 220, Des Moines 50309
515-650-5760

## Common Sense Institute (Oregon)

Oregon
9450 SW Commerce Circle, #200, Wilsonville 97070
(303) 261-8147

## Commonwealth Partners

Pennsylvania
420 N 3rd Street, Harrisburg 17101

## Competitive Enterprise Institute

Washington, DC
1310 L Street NW, 7th floor, Washington 20005
202-331-1010

## Defending Education

Virginia
4532 Cherry Hill Rd. #119, Arlington 22207

400 Poydras, Suite 900, New Orleans 70130
504-267-9404

## Pioneer Institute

Massachusetts
185 Devonshire Street Unit 1101, Boston 02110
6177232277

## Platte Institute

Nebraska
6910 Pacific St Suite 216, Omaha 68106
402-452-3737

## Rhode Island Center for Freedom and Prosperity

Rhode Island
P.O. Box 10069, Cranston 02910
401-429-6115

## Rio Grande Foundation

New Mexico
PO Box 40336, Albuquerque 87196

571-206-1795

## Do No Harm

Virginia
11357 Nuckols Road, PMB 115, Glen Allen 23059
(434) 216-9530

## DonorsTrust

Virginia
1800 Diagonal Rd., Suite 280, Alexandria 22314
703-535-3563

## EdChoice

Indiana
111 Monument Circle Suite 2650, Indianapolis 46204
317-681-0745

## Energy & Environment Legal Institute

Virginia
1350 Beverly Rd., Suite 115-445, McLean 22101
202-810-2001

## ExcelinEd

505-264-6090

## Roughrider Institute

North Dakota
820 34th Ave E, Ste. 200, West Fargo 58078

## Show-Me Institute

Missouri
5297 Washington Place, Saint Louis 63108
314-454-0647

## South Carolina Policy Council

South Carolina
1323 Pendleton Street, Columbia 29201
803-779-5022

## State Policy Network

Virginia
1500 Wilson Blvd, Suite 600, Arlington 22209
7037400312

## Sutherland Institute

Utah

Florida
P.O. Box 10691, Tallahassee 32302
850-391-4090

## Federalist Society

Washington, DC
1776 I Street, NW, Suite 300, Washington 20006
(202) 822-8138

## Fiscal Alliance Foundation

Massachusetts
31 State Street, Suite 401, Boston 02109

## Florida Policy Project

Florida
100 South Second Street, Suite 304S, St Petersburg, FL 33701

## Forge Leadership Network

Ohio
707 Miamisburg-Centerville Rd., Dayton 45459
800-481-5024

420 East South Temple, Suite 510, Salt Lake City 84111
801-355-1272

## Texas Public Policy Foundation

Texas
901 Congress Avenue, Austin 78701
512-472-2700

## The Buckeye Institute

Ohio
88 East Broad Street, Suite 1300, Columbus 43215
614-224-4422

## The Foundation for Government Accountability

Florida
15275 Collier Blvd, Suite 201-279, Naples 34119
239-244-8808

## The James Madison Institute

Florida

## Foundation for American Innovation

California
2443 FILLMORE ST 380-3386, San Francisco 94115
2485354839

## Foundation for Economic Education

Georgia
1776 Peachtree St. NW, Suite 710S, Atlanta 30309
404-554-9980

## Foundation for Individual Rights and Expression – FIRE

Pennsylvania
510 Walnut St., Suite 900, Philadelphia 19106
215-717-3473

## Franklin News Foundation

Virginia
200 West Madison Street, Suite 2100, Chicago 60606
847-497-5230

100 North Duval Street,
Tallahassee 32301
1-850-386-3131

## Thomas Jefferson Institute for Public Policy

Virginia
PO Box 219, Round Hill 20142
703-440-9447

## Virginia Institute for Public Policy

Virginia
P.O. Box 76, Lexington 24450
540-245-1776

## Washington Policy Center

Washington
PO Box 3643, Seattle 98124
206-937-9691

## Wisconsin Institute for Law & Liberty

Wisconsin
330 East Kilbourn Ave, Suite 725,
Milwaukee 53202

## Fraser Institute

British Columbia
1770 Burrard Street, 4th Floor,
Vancouver V6J 3G7
604.688.0221

## Free State Foundation

Maryland
6259 Executive Blvd., Rockville 20852
301-984-8253

## Free the People

Alabama
611 Pennsylvania Ave, #259,
Washington 20003
312-8356431

## Free To Choose Network

Pennsylvania
2002 Filmore Avenue, Erie 16506
814-833-7140

## Goodman Institute for Public Policy Research

Texas
6335 W. Northwest Highway, Ste 2111,
Dallas 75225
214-302-0406

414–727–9455



## Wyoming Liberty Group

Wyoming
PO Box 9, Burns 82053
307–632–7020

## Yankee Institute for Public Policy

Connecticut
915 Silas Deane Highway, Second Floor, Suite 2, Wethersfield 06109
860–282–0722

## Heartland Institute

Illinois
3939 North Wilke Road, Arlington Heights 60004
312–377–4000

## Heritage Foundation

Washington, DC
214 Massachusetts Ave NE, Washington 20002
202–546–4400

## Independent Institute

California
100 Swan Way, Oakland 94621
510–632–1366

## Independent Women's Forum

Washington, DC
1875 I Street, NW, Suite 500, Washington 20006
202–857–5201

## Inspired Life

Iowa
17335 130th Street, Aplington 50604
319–504–1193

## Institute for Family Studies

Virginia
P.O. Box 7967, Charlottesville 22906
434-260-1770

## Institute for Free Speech

Virginia
1150 Connecticut Avenue, NW, Suite 801, Washington 20036
202-301-3300

## Institute for Humane Studies

Virginia
3434 Washington Blvd, 1st Floor, Arlington 22201
703-993-4880

## Institute for Justice

Virginia
901 N. Glebe Road, Suite 900, Arlington 22203
703-682-9320

## Institute for Policy Innovation

Texas
1320 Greenway Drive, Suite 820, Irving 75038
972-874-5139

## Institute for the American Worker

Virginia
PO Box 458, Hamilton 20159
202.350.1480

## Institute of Economic Affairs

United Kingdom
2 Lord North Street, Westminster , London SW1P 3LB
+4420 7799 8900

## Instituto de Libertad Económica para Puerto Rico

Puerto Rico
807 Av. Fernandez Juncos, San Juan 00907
787-721-5290



## Jersey 1st

New Jersey
P.O. Box 32, Morristown 07963
973-477-8594

## Jesse Helms Center

North Carolina
Post Office Box 247, Wingate 28174-0247
704-233-1776

## Judicial Watch Inc.

Washington, DC
425 Third Street SW, Suite 800, Washington 20024
1-888-593-8442

## Kentucky Forum for Rights, Economics and Education (KYFREE)

Kentucky
6148 Mistfower Cir., Prospect 40059
502-403-7548

## Ladies of Liberty Alliance

Washington, DC
712 H Street NE , Suite 1644, Washington 20002

202-642-2674



## Leadership Institute

Virginia
Steven P.J. Wood Building 1101 North Highland Street, Arlington 22201
703-247-2000

## Lexandria

Georgia
331 Gordon Ave. NE, Atlanta 30307
943-258-3033

## Libertarian Policy Foundation

New Hampshire
269 Orange Street, Manchester 03104
603-513-2503

## Liberty Justice Center

Illinois
PO Box 101200, SUITE 200, CHICAGO 60610
512-481-4400



## Louisiana Family Forum

Louisiana

655 St. Ferdinand Street, Baton Rouge 70802
225-344-8533

## Lucy Burns Institute

Wisconsin
8383 Greenway Blvd., Suite 600, Middleton 53562
608-255-0688

## Ludlow Institute

New Hampshire
62 Calef Highway 03861
618-608-0641

## Magnolia Tribune Institute

Mississippi
128 Chestnut Hill Rd. , Flora 39071
601-899-2694

## Manhattan Institute for Policy Research

New York
52 Vanderbilt Avenue, Third Floor, New York 10017
212-599-7000

## Maryland Family Institute

Maryland
164 Conduit Street, Annapolis 21404
(410) 449-0444

## Massachusetts Fiscal Alliance

Massachusetts
31 State Street, Suite 401, Boston 02109

## Media Research Center

Virginia
2340 Dulles Corner Blvd, Suite 1000, Herndon 20171
800-672-1423

## Mercatus Center at George Mason University

Virginia
3434 Washington Blvd, 4th Floor, Arlington 22201
703-993-4930

## Millennial Debt Foundation

Tennessee
401 Chestnut St, Suite 226,
Chattanooga 37402
423-618-0354

## Mountain States Legal Foundation

Colorado
2596 S Lewis Way, Lakewood 80227
303-292-2021

## Napa Legal Institute

Washington, DC
1730 M St NW, Suite 910, Washington, DC 20036
630-862-9194

## National Review Institute

New York
19 W 44th Street, Suite 1701, New York 10036
212-849-2806

## National Right to Work Legal Defense & Education Foundation Inc.

Virginia

8001 Braddock Road, Suite 600,
Springfield 22160
7033218510

## National School Choice Awareness Foundation

Alabama
150 E Laurel Avenue, Unit #2173, Foley 36535
202-480-2927

## National Taxpayers Union Foundation

Washington, DC
122 C Street NW, Suite 650, Washington 20001
703-683-5700

## New Civil Liberties Alliance

Washington, DC
1225 19th Street NW, Suite 450, Washington 20036
(202) 869-5210

## NFIB Small Business Legal Center

Washington, DC
555 12th St. NW, , Suite 1001, Washington 20004

800-634-2669

## North Carolina FreeEnterprise Foundation

North Carolina
3700 Glenwood Ave., Suite 310, Raleigh 27612
(984) 304-7855

## Opportunity for All Kids

Minnesota
1300 Yale Place , Ste 411, Minneapolis 55403
612-963-0296

## Pacific Legal Foundation

California
3100 Clarendon Blvd., Arlington 22201
(916) 419-7111

## People United for Privacy Foundation

Washington, DC
1025 Thomas Jefferson Street NW, Suite 400 West, Washington, D.C. 20007

(202) 596-8389



## Philanthropy Roundtable

Washington, DC
1120 20th Street NW, Suite 550S, Washington 20036
(202) 822-8333

## Prison Fellowship

Virginia
44180 Riverside Parkway, Lansdowne 20176
1-800-206-9764

## Project 42

Washington
PO Box 476, , Tacoma 98401
206-612-9330

## Property and Environment Research Center (PERC)

Montana
2048 Analysis Dr, Ste A, Bozeman 59718
406-587-9591

## R Street Institute

Washington, DC
1212 New York Ave NW Suite 900, Washington 20005
(202) 525-5717

## Reason Foundation

California
5737 Mesmer Avenue, Los Angeles 90230
(310) 391-2245

## Reformers Academy

Massachusetts
11 Thomas Burgin Pkwy, Quincy 02169
617-645-7679

## Respect America

California
500 Capitol Mall, #2050, Sacramento 95814
208-254-1799

## Save Our States

Oklahoma
1401 N. Lincoln Blvd, Suite 100, Oklahoma City 73013
(405) 421-9779

## School Boards for Academic Excellence

Illinois
300 S Riverside Plaza, Ste 1625, Chicago 60606
312-449-2266

## Southeastern Legal Foundation

Georgia
560 West Crossville Road, Suite 104, Roswell 30075
(770) 977-2131

## Stand Together Trust

Virginia
4201 Wilson Blvd, Suite 800, Arlington 22203

## Steamboat Institute

Colorado
27855 Whitewood Drive East, Steamboat Springs 80487
970-846-6013

## Students For Liberty

Washington, DC

1750 Tysons Boulevard, Suite 1500,
McLean 22102
202-733-2409

## Talent Market

South Carolina
1490 Greenshade Way, Mount
Pleasant 29464

## Tax Foundation

Washington, DC
1325 G Street NW, Suite 950,
Washington 20005
202-464-6200

## The Becket Fund for Religious Liberty

Washington, DC
1919 Pennsylvania Avenue NW, Suite
400 20006
202-955-0095

## The Center for Growth and Opportunity at Utah State University

Utah
3525 Old Main Hill, Logan 84322
435-557-0795

## The College Fix

Michigan
P.O. Box 76, Hillsdale 49242
7608095715

## The Fund for American Studies (TFAS)

Washington, DC
1706 New Hampshire Avenue NW, Washington 20009
202-986-0384

## The James G. Martin Center for Academic Renewal

North Carolina
3200 Wake Forest Road, Suite 210, Raleigh 27609
(919) 828-1400

## The Policy Circle

Illinois
1189 Wilmette Ave, #210, Wilmette 60091
(847) 906-3350

## True Charity

Missouri
705 E 15th St., Joplin 64804

417-202-8030



## Truth in Accounting

Illinois
PO Box 580, Glencoe 60022
847-344-3824

## Unleash Prosperity

Washington, DC
1155 15th St NW, Suite 525, Washington 20005
(248) 701-4449

## Upper Midwest Law Center

Minnesota
12600 Whitewater Dr., Ste. 140, Golden Valley 55343
(612) 428-7000

## Young America's Foundation

Virginia
11480 Commerce Park Dr, Suite 600, Reston 20191
703-318-9608

## Young Americans for Liberty

Texas

512-637-5217

## Young Voices

Washington, DC

1342 Florida Ave NW, Washington 20009

571-289-8904

About What We Offer The Network Resources & Media

STATE POLICY NETWORK

## Sign Up for Our Newsletter

Stay connected to SPN and the 50-state network. Sign up for our updates.

SIGN UP

**STATE POLICY NETWORK**
1500 Wilson Blvd, Suite 600 Arlington, VA 22209

**PHONE:** (703) 243-1655

**MAILTO:** info@spn.org



© Copyright 2026 The State Policy Network. All Rights Reserved.

Privacy Policy Careers

# About State Policy Network

## OUR VISION

State Policy Network's vision is an America where all people can flourish because collaborative, entrepreneurial leaders have secured lasting social change, personal freedom, and economic opportunity at the state and local level.

## OUR MISSION

State Policy Network's mission is to catalyze thriving, durable freedom movements in every state, anchored with high-performing independent think tanks.

**We believe the solution to what ails so many American communities is not more power in the hands of Washington elites, but a restoration of federalism; the individual rights and local governance that for centuries has made America a beacon of hope for millions around the world.**

# What is State Policy Network?

State Policy Network is the only organization in the country dedicated to building and mobilizing a Durable Freedom Infrastructure in the states. This means we support leaders and organizations building the necessary capacities – like research, litigation, advocacy, investigative journalism, voter insights, and leadership training – to secure wins that outlast election cycles and help change the culture and policy landscape of the state in favor of freedom. SPN supports a powerful movement of 64 independent state think tank affiliates and over 100 national partners across the 50 states. We do this by:

- Strengthening organizations and accelerating their development through strategic planning, training, and coaching;
- Connecting talented state leaders so they can learn, challenge, and grow together, with the aim of catalyzing state policy reforms that yield national impact;
- Promoting federalism and the authority states have to make decisions without federal government intrusion. This, in turn, protects the hard-fought victories of our 50-state Network; and
- Strategically investing in Durable Freedom Infrastructure to help secure enduring wins on behalf of American citizens.

# What do state think tanks do?

State think tanks serve important roles in educating citizens about the effects of public policies on their everyday lives and holding governments accountable to the public. Today's state think tanks are often the hub for deploying Durable Freedom Infrastructure, which is designed to help states secure enduring wins that last beyond an election cycle.

State think tanks foster healthy policy debate by providing technical expertise and practical public policy solutions to help solve some of our

country's greatest challenges at the state and national levels. The free-market policy approach employed by affiliated state think tanks helps to identify policies that are focused on helping all people flourish.

Think tanks also serve the important role of informing the public about the likely consequences of policy recommendations. Government has grown so big and complex over the years that it can be difficult for the average person with a job and family to dig into the details of complex policy, let alone identify all the potential consequences policy proposals can have on their lives and communities. Think tanks help to fill this void through research and analysis.

Think tanks also help to hold government accountable to the public. Government agencies often produce studies and analysis so complimentary to big government that most citizens feel disconnected, as though the system is insulating itself from the transparency and accountability that is essential to maintaining American liberties and prosperity. Thus, think tanks, with their independent research, were created to keep average citizens and policymakers informed so that government is accountable to the public.

## What is Durable Freedom Infrastructure?

Durable Freedom Infrastructure (DFI) is a battle-tested model that deploys key capacities to not only push policy reforms across the finish line, but withstand legal challenges, win in the court of public opinion, and ensure hard-fought wins last beyond the next election cycle. These key capacities – often anchored by a strong state think tank – could include one or more of the following:

- Political Capacities – Using the necessary advocacy levers to pass policy into law (C4, C6, PAC)
- Litigation Centers – Strategic litigation for liberty
- Media and Investigative Journalism
- Uncovering political corruption, in depth reporting on state and local stories, and circumventing media bias

- Leadership Academies – Training friends of freedom to participate at all levels of state government
- Voter Insights – Understanding voter wants and needs to promote liberty

DFI is the vehicle we use to get to our destination. And **where is that destination?** It's an America where all people can flourish because collaborative, entrepreneurial leaders have secured lasting social change, personal freedom, and economic opportunity at the state and local level.

## What is the Center for Practical Federalism?

SPN's Center for Practical Federalism aims to educate the American public and policymakers on the benefits of federalism—a system of government where some authority belongs to the national government, and much more resides with states, communities, and the American people. Federalism pushes power where it belongs, to citizens acting through their elected representatives, and it ensures that no one branch of government exerts too much power.

Federalism also enables experimentation with policy solutions tailored to states and communities. When policy is local, it takes into account unique community conditions, is more easily influenced by everyday citizens, and thereby leads to better outcomes for more of the people it governs. What's more, the diverse array of policies that inevitably result under federalism allow us to learn what works better than a single, top-down approach.

The Center for Practical Federalism is launching a number of initiatives to educate state and local officials, as well as interested citizens, about the need to preserve state and local governing authority against overreach by the federal government. It will also offer training and resources for public officials interested in more effectively overseeing governmental agencies, making them accountable to *We the People*.

## Are State Policy Network and the affiliated independent members nonpartisan?

While partisans support political parties, State Policy Network is in the business of advancing state organizations and solutions that transform the lives of citizens in each state, fostering a society where individuals can be healthier, happier, and more prosperous. That is why we and our affiliates maintain independence from any partisan activity or label so we can focus on what matters most to us: making the lives of everyday Americans better. SPN and its affiliates are nonpartisan and will work with any interested policymaker to ensure information is available to make sound decisions for the entire state.

## How do I get in touch with a specific state member?

Visit the State Policy Network directory for contact information of a specific state think tank.

## How many members does State Policy Network have?

There are 64 independent, nonpartisan state affiliate members, and more than 100 nonprofit national partners. A listing of all can be found **here**.

## How can an organization join State Policy Network?

Affiliation with SPN is by invitation only. All affiliated state groups must be based in a state or US territory and focus primarily on free-market solutions to policy challenges facing states and the nation. State think tank affiliates must

be nonpartisan, not accept government funding, and have a 501(c)(3) IRS designation. Please read our full requirements and guidelines.

## Does State Policy Network direct the work of its members?

Since our founding and by design, each affiliate member is completely independent. SPN is an affiliate-driven operation: our services and training are prioritized and directed from robust affiliate surveys, evaluations, and feedback loops. State Policy Network exists to strengthen, support, and accelerate the success of these organizations. Visit our About page to review the **Statement of Network Independence**.

## Do State Policy Network or the state members engage in issue advocacy?

Through training and the sharing of best practices, State Policy Network helps its members leverage communications strategies and tactics so that we can reach wider audiences with our policy research and analysis. When it comes to **IRS regulations, the rules** state that 501(c)(3) organizations "may take positions on public policy issues, including issues that divide candidates in an election for public office."

## Do State Policy Network or its state affiliates engage in lobbying?

Think tanks produce sound nonpartisan analysis and research on public policy and then seek to educate the public and legislators on the findings of their analysis in the broad social and economic context. Their primary role is policy education and not lobbying.

**IRS regulations state that 501(c)(3)** organizations like SPN, the Sierra Club, and the ACLU are permitted some lobbying, provided it is not a substantial

part of the organization's activities. SPN itself does not regularly or extensively engage in such lobbying, as we are a service organization founded to support public policy nonprofits.

## How is State Policy Network funded?

State Policy Network is a 501(c)(3) tax-exempt charitable organization. SPN partners with thousands of Americans from every corner of the country who invest in our mission to catalyze thriving, durable freedom movements in every state, anchored with high-performing, independent think tanks.

We receive support from individuals, charitable foundations, and businesses. More fundraising information can be found in the latest **SPN Annual Report**.

All our investors support our mission because they wish to partner with SPN to advance a free society. We support every American's right to support causes they believe in. We maintain strict fidelity to our **mission and vision**, as established by the SPN **Board of Directors**, and we are proud that so many Americans have chosen to partner with us, many loyally renewing their support year after year.

## What are SPN's Principles?

**Mission-Bound** – Everything we do at SPN is in service to the restoration of individual rights and self-governance. We pursue excellence in our work and set aside our pride and differences to commit ourselves to this end.

**Candid and Humble** – We give and receive honest and respectful feedback with the assumption of positive intent. We deal with problems and conflict directly with the individuals involved. We are open to challenges, eager to learn, and willing to acknowledge mistakes to improve.

**Entrepreneurial** – We seek opportunities, embrace innovation, and take prudent risk with a bias toward action. We test, fail small, and scale our

successes. We're resilient but also nimble, looking for the potential in every challenge.

**Relational** – Trust and respect are built over time through competence, reliability, and integrity. We establish credibility through meaningful relationships, demonstrating value before expecting influence or partnership.

Download our principles here.

About What We Offer The Network Resources & Media

STATE POLICY NETWORK

## Sign Up for Our Newsletter

Stay connected to SPN and the 50-state network. Sign up for our updates.

SIGN UP

**STATE POLICY NETWORK**
1500 Wilson Blvd, Suite 600 Arlington, VA 22209

**PHONE:** (703) 243-1655

**MAILTO:** info@spn.org

© Copyright 2026 The State Policy Network. All Rights Reserved.

Privacy Policy Careers