

**EXHIBIT 34**