ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/247981075

# The Role of Driver Distraction in Traffic Crashes

**Article** · January 2001

CITATIONS
504

READS
2,459

**4 authors**, including:


Jane S Stutts
University of North Carolina at Chapel Hill
**54** PUBLICATIONS **3,703** CITATIONS
SEE PROFILE


Eric A Rodgman
University of North Carolina at Chapel Hill
**24** PUBLICATIONS **2,397** CITATIONS
SEE PROFILE

**EXHIBIT L**

**EXHIBIT 36**

All content following this page was uploaded by Eric A Rodgman on 13 January 2015.

The user has requested enhancement of the downloaded file.

**EXHIBIT**
EX G
Charles R. Taylor, Ph...
11.13.2024

# THE ROLE OF DRIVER DISTRACTION IN TRAFFIC CRASHES






Prepared by
Jane C. Stutts, Ph.D.
Donald W. Reinfurt, Ph.D.
Loren Staplin, Ph.D.
Eric A. Rodgman, B.S.
University of North Carolina
Highway Safety Research Center
Chapel Hill, NC

Prepared for
**AAA Foundation for Traffic Safety**
1440 New York Avenue, N.W., Suite 201
Washington, DC 20005
202/638-5944
www.aaafoundation.org

May 2001

Cover Photos
**Top row**: Kristin Oguntoyinbo/UNC Highway Safety Research Center
**Bottom**: J. Scott Osberg/AAA Foundation for Traffic Safety

# TABLE OF CONTENTS

LIST OF TABLES ..... ii

LIST OF FIGURES ..... iii

FOREWORD ..... 1

ACKNOWLEDGMENTS ..... 2

EXECUTIVE SUMMARY ..... 3

INTRODUCTION ..... 6

CDS DATA ANALYSIS ..... 7

- Driver Factors ..... 13
- Other Factors Impacting Driver Distraction ..... 19
  - Roadway Factors ..... 19
  - Environmental and Vehicle Factors ..... 21
  - Crash Factors ..... 23

CDS NARRATIVE ANALYSIS ..... 25

NORTH CAROLINA NARRATIVE ANALYSIS ..... 30

SUMMARY AND CONCLUSIONS ..... 34

REFERENCES ..... 38

APPENDIX A. CDS Driver Inattention/Distraction Variables ..... 39

APPENDIX B. Supporting Graphs ..... 43

APPENDIX C. Sample CDS Narrative Printout ..... 57

APPENDIX D. Sample NC Narrative Printout ..... 59

# LIST OF TABLES:

Table 1: Driver attention status based on the unweighted CDS data ........................8

Table 2: Driver attention status based on the weighted CDS data ............................9

Table 3: Yearly trends in specific driving distractions based on weighted CDS data ..........................................................................11

Table 4: Distribution of driver attention status within categories of driver age ..................................................................13

Table 5: Distribution of driver age within categories of driver attention status ....................................................................15

Table 6: Distribution of specific driver distractions within categories of driver age ..................................................................16

Table 7: Distribution of driver attention status for males and females ....................17

Table 8: Distribution of specific driver distractions for males and females ............18

Table 9: Roadway effects on driver attention status .............................................20

Table 10: Roadway effects on specific nature of driver distraction ..........................21

Table 11: Environmental and vehicle effects on driver attention status.................... 22

Table 12: Environmental and vehicle effects on specific nature of driver distraction ..............................................................................23

Table 13: Effects of crash characteristics on driver attention status ........................24

Table 14: Effects of crash characteristics on specific nature of driver distraction ..........................................................................25

Table 15. Analysis of narrative data from 1997 and 1998 CDS data files ............26-27

Table 16. Results of Narrative Key Word Search for Driver Distraction Cases on 1998 N.C. Crash File...............................30-31

Table 17. Results of More Restricted Narrative Key Word Search for Driver Distraction Cases on 1994 North Carolina Crash File ..............................32

# LIST OF FIGURES:

Figure 1: Overall distribution of driver attention status ....................................10
Figure 2: Overall distribution of specific driver distractions ................................12
Figure 3: Percentage of drivers identified as distracted by age group.................14
Figure 4: Age distribution of drivers identified as distracted ...............................14
Figure 5: Distribution of specific driver distractions for males and females ..........17
Figure 6: Growth in cell phone use as measured by millions of subscribers........35
Figure B.1: Effect of number of travel lanes on driver attention status ...................44
Figure B.2: Effect of number of travel lanes on specific driver distraction .............44
Figure B.3: Effect of speed limit on driver attention status ...................................45
Figure B.4: Effect of speed limit on specific driver distraction ................................45
Figure B.5: Effect of road grade on driver attention status ...................................46
Figure B.6: Effect of road grade on specific driver distraction ................................46
Figure B.7: Effect of intersection status on driver attention status .........................47
Figure B.8: Effect of intersection status on specific driver distraction .....................47
Figure B.9: Effect of light condition on driver attention status ................................48
Figure B.10: Effect of light condition on specific driver distraction ..........................48
Figure B.11: Effect of weather condition on driver attention status ..........................49
Figure B.12: Effect of weather condition on specific driver distraction .....................49
Figure B.13: Effect of vehicle type on driver attention status ..................................50
Figure B.14: Effect of vehicle type on specific driver distraction ..............................50
Figure B.15: Effect of other occupants in vehicle on driver attention status ..............51
Figure B.16: Effect of other occupants in vehicle on specific driver distraction ........51
Figure B.17: Effect of number of vehicles on driver attention status .........................52
Figure B.18: Effect of number of vehicles on specific driver distraction ...................52
Figure B.19: Effect of pre-crash vehicle maneuver on driver attention status...........53
Figure B.20: Effect of pre-crash vehicle maneuver on specific driver distraction ......53
Figure B.21: Effect of region of impact on driver attention status .............................54
Figure B.22: Effect of region of impact on specific driver distraction.........................54
Figure B.23: Effect of driver injury on driver attention status....................................55
Figure B.24: Effect of driver injury on specific driver distraction ..............................55

# FOREWORD

This study was funded by the AAA Foundation for Traffic Safety. Founded in 1947, the AAA Foundation is a not-for-profit, publicly supported charitable research and educational organization dedicated to saving lives and reducing injuries by preventing traffic crashes.

This peer-reviewed report documents the relative reported frequency of serious crashes caused by various forms of driver distraction. It should be of interest to legislators, licensing agencies, law enforcement, and traffic safety organizations. It is available in published paper format and as an electronic file on the AAA Foundation for Traffic Safety's web site at http://www.aaafoundation.org.

Funding for this study was provided by voluntary contributions from the American Automobile Association and its affiliated motor clubs; from individual AAA members; and from AAA club-affiliated insurance companies.

This publication is distributed at no charge as a public service. It may not be resold or used for commercial purposes without explicit written permission from the AAA Foundation for Traffic Safety. It may, however, be copied in whole or in part and distributed at no charge via any medium, provided that the AAA Foundation is given appropriate credit as the source of the material.

The opinions, findings, and conclusions expressed in this publication are those of the authors and are not necessarily those of the AAA Foundation or of any individual who peer-reviewed the report. The AAA Foundation for Traffic Safety assumes no liability for the use or misuse of any information, opinions, findings, or conclusions contained in this report.

© 2001, AAA Foundation for Traffic Safety

# ACKNOWLEDGMENTS

The authors express appreciation to the AAA Foundation for Traffic Safety for their financial support of this project, and especially to David Willis and Scott Osberg for their helpful guidance and input. We would also like to thank Neil Lerner, Robert Scopatz, and Jing Wang for their thoughtful review and comments on the draft report. Anna Waller at the UNC School of Medicine provided valuable assistance to the narrative analysis portions of the project, and Mike Bowling with the UNC Survey Research Unit provided timely assistance with the statistical analyses.

# EXECUTIVE SUMMARY

Driver inattention is a major contributor to highway crashes. The National Highway Traffic Safety Administration estimates that at least 25% of police-reported crashes involve some form of driver inattention. Driver distraction is one form of inattention and is a factor in over half of these crashes. Distraction occurs when a driver "is delayed in the recognition of information needed to safely accomplish the driving task because some event, activity, object, or person within or outside the vehicle compels or induces the driver's shifting attention away from the driving task." The presence of a triggering event distinguishes a distracted driver from one who is simply inattentive or "lost in thought."

The AAA Foundation for Traffic Safety awarded a contract to the University of North Carolina Highway Safety Research Center to conduct research on the role of driver distraction in traffic crashes. The goal of the project is to identify the major sources of distraction to drivers and the relative importance of the distractions as potential causes of crashes. This report presents the results of Phase I of the project. Included is a descriptive analysis of five years of the National Accident Sampling System (NASS) Crashworthiness Data System (CDS) data, along with an analysis of narratives for two years for both CDS and North Carolina data. The descriptive analyses and the narrative analysis were done to provide input for developing a more comprehensive taxonomy of driver distractions; the taxonomy will guide future field data collection efforts.

The CDS is an annual probability sample of approximately 5,000 police-reported crashes involving at least one passenger vehicle that has been towed from the crash scene. Data are collected by trained, professional crash investigation teams that collect information at the scene of the crash, from an examination of the crash-involved vehicles, directly from interviews with the crash victims and other witnesses, as well as from available medical records. Beginning in 1995, a variable for coding the "Driver's Distraction/Inattention to Driving" was added to the CDS. The variable contains codes for attentive, looked but did not see, and sleepy, along with more than a dozen specific distractions (eating or drinking, other occupants, moving object in vehicle, talking on cellular phone, etc.).

For the current analyses two variables were defined – one identifying the attention status of the driver (attentive, distracted, looked but did not see, sleepy/asleep, or unknown), and the second the specific distracting event for those drivers identified as distracted. The CDS driver distraction data is vehicle rather than crash oriented and consequently it underestimates the role of distraction in actual crashes.

For the overall 1995-1999 CDS data, 48.6% of the drivers were identified as attentive at the time of their crash; 8.3% were identified as distracted, 5.4% as "looked but did not see," and 1.8% as sleepy or asleep. The remaining 35.9% were coded either as unknown or no driver present. This high percentage of drivers with unknown attention status has the effect of diluting the percentages in the other categories. Without the unknowns, the percentage of drivers identified as distracted increases to 12.9%. The percentage of actual *crashes* involving driver distraction would be still higher.

**The specific sources of distraction among distracted drivers were:**

| Specific Distraction | % of Drivers |
|---|---|
| Outside person, object or event | 29.4 |
| Adjusting radio, cassette, CD | 11.4 |
| Other occupant in vehicle | 10.9 |
| Moving object in vehicle | 4.3 |
| Other device/object brought into vehicle | 2.9 |
| Adjusting vehicle/climate controls | 2.8 |
| Eating or drinking | 1.7 |
| Using/dialing cell phone | 1.5 |
| Smoking related | 0.9 |
| Other distraction | 25.6 |
| Unknown distraction | 8.6 |
| | 100.0 |

Percentages for the different types of distractions should be viewed as preliminary estimates that are likely biased by differential underreporting. These are research results that will be useful in building a broader understanding of driver distraction. The percentages for the different types of distractions should not be used to guide policy development.

Young drivers (under 20 years of age) were the most likely to be involved in distraction-related crashes. In addition, certain types of distractions were more prominent in certain age groups, for example, adjusting the radio, cassette or CD among the under 20-year-olds; other occupants (e.g., young children) among 20-29 year-olds; and outside objects and events among those age 65 and older. Variations by driver sex were less pronounced, although males were slightly more likely than females to be categorized as distracted at the time of their crash.

In addition to these driver factors, a number of roadway, environmental, vehicle, and crash characteristic variables were also examined to determine their relationship to driver distraction. Although these results were less conclusive, they nevertheless underscore the importance of taking into account specific contextual factors in collecting and analyzing driver distraction data. A few illustrative examples include the higher proportion of adjusting radio/cassette/CD events occurring in nighttime crashes, the higher proportion of moving object in vehicle events occurring in crashes on non-level grade roadways, and the higher proportion of other occupant distractions occurring at intersection crashes.

To obtain further insight into the specific events falling into each of the identified CDS categories, two years of narrative CDS data were reviewed. In addition, a computerized search was made of two years of North Carolina police-reported crash narratives. Both activities proved helpful in developing a more complete taxonomy of events distracting drivers.

When interpreting the results of this Phase I analysis, it is important to keep in mind both the purpose for which it was conducted, and the limita-

tions inherent in the data. The primary purpose of the analysis was to provide input for the development of a more comprehensive taxonomy of driver distractions and to understand important contextual variables. The data limitations are considerable and include potential underreporting of distracted driving in general as well as differential underreporting of specific distracting events.

These results suggest that demographic and situational factors are related to driver distraction. Additional research is needed to quantify the frequency and intensity of different driver distractions and to understand how other variables affect distractability and willingness to engage in distracting behaviors. As roads grow more congested and the demands on drivers increase, it seems likely that new in-vehicle technologies will add even more potential distracters.

# INTRODUCTION

Driver inattention is a major contributor to highway crashes. The National Highway Traffic Safety Administration (NHTSA) estimates that approximately 25% of police-reported crashes involve some form of driver inattention – the driver is distracted, asleep or fatigued, or otherwise "lost in thought" (Wang, Knipling and Goodman, 1996; Ranney, Mazzae, Garrott and Goodman, 2000). Estimates from other sources are as high as 35-50% (Sussman, Bishop, Madnick and Walter, 1995; NHTSA, 1997).

The AAA Foundation for Traffic Safety (AAAFTS) is committed to educating the public about issues affecting safety on the roadway. A contract was awarded to the University of North Carolina Highway Safety Research Center to conduct research on "The Role of Driver Distraction in Traffic Crashes." The goal of the project is to identify the major sources of distraction to drivers and the relative importance of different types of distractions in causing crashes. The project involves a number of distinct yet interrelated tasks, including: analysis of crash data from the NASS Crashworthiness Data System (CDS) data file; analysis of narrative data from CDS and North Carolina crash reports; and collection and analysis of field data to determine the prevalence and implications of selected driving distractions in real-world driving.

This report documents the work carried out to date on the project, focusing on the CDS and North Carolina data analyses.

AAAFTS has chosen to focus its efforts specifically on driver distraction, rather than the broader category of driver inattention. It defines distraction as "when a driver is delayed in the recognition of information needed to safely accomplish the driving task because some event, activity, object, or person within or outside the vehicle compelled or tended to induce the driver's shifting attention away from the driving task." The presence of a triggering event distinguishes a distracted driver from one who is simply inattentive or "lost in thought."

Safety problems related to driver inattention and distraction are expected to escalate in the future as more technologies become available for use in personal vehicles. During the summer of 2000, NHTSA hosted an Internet Forum on the safety implications of driver distraction when using in-vehicle technologies including cell phones, in-vehicle navigation systems, night vision systems, and wireless Internet (Llaneras, 2000). The Forum attracted broad international participation from both the public and private sectors.

While cellular telephones and other in-vehicle technologies have been the focus of considerable research within the highway safety community, much less attention has been given to identifying other, non-technological, distractions within the vehicle and their potential role in causing crashes.

The last in-depth crash causation research was sponsored by NHTSA and conducted at Indiana University during the mid-1970s (Treat, Tumbas, McDonald et al., 1979). This study, frequently referred to as the Indiana Tri-Level Study because of the three levels of crash investigation employed, examined the human, environmental, and vehicular factors in traffic crashes.

Study results identified human factors as probable causes in 93% of the investigated crashes, environmental factors as probable causes in 34%, and vehicular factors as probable causes in 13%. Internal distraction was cited as a causal factor in 9% of the crashes and driver inattention in an additional 15%. No information was reported on the frequency of external distractions.

## CDS DATA ANALYSIS

The National Highway Traffic Safety Administration initiated the Crashworthiness Data System (CDS) in 1988. It is intended to complement the General Estimates System (GES) data, which is based entirely on information derived from police crash reports. The CDS collects much more detailed information on an annual probability sample of approximately 5,000 police-reported traffic crashes involving at least one passenger vehicle that has been towed from the crash scene. The CDS employs trained professional crash investigation teams that collect information at the scene of the crash, from an examination of the crash-involved vehicles, directly from interviews with the crash victims and other witnesses, and from available medical records.

The CDS captures information on passenger vehicles, which includes automobiles, pickup trucks, light vans, and sport utility vehicles, and on a few non-passenger vehicles whose air bag may have deployed in the crash. These vehicle types comprise 93% of all crash-involved vehicles and are the target of the current investigation. Only passenger vehicles damaged seriously enough to require towing from the crash scene are included in the CDS; about a fourth of all police-reported crashes involve vehicles this seriously damaged. This towaway selection criterion has the advantage of limiting the sample to those crashes that have the most serious consequences in terms of injury and/or property damage: nearly half of the drivers of vehicles reported in the CDS are injured, compared to a third of drivers in the GES. This criterion also standardizes the reporting threshold across states rather than requiring investigators to estimate the cost of vehicle repairs or to make other subjective judgments about whether a vehicle should be included in the sample.

Both the focus on passenger vehicles and the restriction to more serious crashes make the CDS a potentially useful source of data for the current project. The primary reason for using the CDS, however, is the level of detail contained for each reported crash, including a variable describing the attention status of the driver – “Driver’s Distraction/Inattention to Driving” (see Appendix A). The variable was added to the data collection protocol beginning in 1995. In addition to specific driver distraction and inattention codes, it includes optional narrative information that gives a fuller picture of an identified distraction and can be used to record new and unspecified distractions.

The current analysis is based on 1995-1999 CDS data obtained from the NHTSA National Center for Statistics and Analysis. For this analysis two variables were created from the original “Driver’s Distraction/Inattention to Driving” variable shown in Appendix A.

**DRIVER ATTENTION STATUS**

**has five categories:**

1. Attentive
2. Distracted
3. Looked but didn't see
4. Sleepy or fell asleep
5. Unknown or no driver

**DRIVER DISTRACTION**

**has 13 categories:**

1. Eating or drinking
2. Outside person, object or event
3. Adjusting radio, cassette, or CD
4. Other occupants in vehicle
5. Moving object in vehicle
6. Smoking related
7. Talking or listening on cellular phone
8. Dialing cellular phone
9. Using device/object brought into vehicle
10. Using device/controls integral to vehicle
11. Adjusting climate controls
12. Other distraction
13. Unknown distraction

Table 1. Driver attention status based on the unweighted CDS data[1]

| Driver Attention Status | 1995 | 1996 | 1997 | 1998 | 1999 | Total |
|---|---|---|---|---|---|---|
| Attentive | 3030<br>(46.5)[2] | 3204<br>(48.0) | 2451<br>(37.8) | 2877<br>(44.5) | 2598<br>(42.2) | 14160<br>(43.8) |
| Distracted | 557<br>(8.6) | 476<br>(7.1) | 393<br>(6.1) | 468<br>(7.2) | 486<br>(7.9) | 2380<br>(7.4) |
| **Looked but didn t see** | **347<br>(5.3)** | **347<br>(5.2)** | **288<br>(4.4)** | **275<br>(4.3)** | **305<br>(5.0)** | **1562<br>(4.8)** |
| Sleepy or fell asleep | 188<br>(2.9) | 195<br>(2.9) | 113<br>(1.7) | 151<br>(2.3) | 150<br>(2.4) | 797<br>(2.5) |
| Unknown/no driver | 2390<br>(36.7) | 2457<br>(36.8) | 3247<br>(50.0) | 2691<br>(41.6) | 2619<br>(42.5) | 13404<br>(41.5) |
| TOTAL | 6512 | 6679 | 6492 | 6462 | 6158 | 32303 |

[1] The unweighted data includes some special study cases (e.g., redesigned air bag and truck underride) that are not included in the weighted tables that follow.
[2] Column percent

**Table 1** shows the recorded attention status of drivers on the unweighted (or raw) data files. The information in Table 1 is vehicle, not crash, oriented. In other words, there is one record for each vehicle that was towed from the crash scene.

For these unweighted data files involving approximately 6,500 vehicles/drivers annually, instances of driver distraction are coded for 7.4% of the overall sample. It should also be noted, however, that the attention status of the driver just prior to the crash is reported as unknown (or no driver present) in a large proportion of the vehicles (41.5%), despite the in-depth nature of the crash investigations.[1]

**Table 2** presents the same percentage distributions of driver attention status, but based on the weighted CDS data files; instead of 6,500 crash-involved vehicles per year, the table reflects an average of 3.4 million crash-involved vehicles annually. The weighting factor assigned to a given case is determined by (1) the probability of the primary sampling unit being selected, (2) the probability of the particular police agency being selected, and (3) the

Table 2. Driver attention status based on the weighted CDS data (column percents and standard errors)

| Driver Attention Status | 1995 (N=3.4 M) | 1996 (N=3.5 M) | 1997 (N=3.7 M) | 1998 (N=3.3 M) | 1999 (N=3.2M) | Overall (N=17.1 M) |
|---|---|---|---|---|---|---|
| Attentive | 50.9[1] (3.1)[2] | 54.4 (3.7) | 40.4 (5.2) | 51.0 (3.6) | 46.9 (2.0) | 48.6 (2.7) |
| **Distracted** | **9.6 (1.1)** | **8.0 (0.8)** | **4.9 (1.1)** | **11.1 (1.4)** | **8.2 (1.2)** | **8.3 (0.6)** |
| Looked but didn t see | 6.4 (1.3) | 5.7 (0.9) | 3.9 (0.9) | 4.4 (1.4) | 6.8 (0.8) | 5.4 (0.7) |
| Sleepy or fell asleep | 2.0 (0.8) | 2.5 (0.8) | 0.9 (0.3) | 1.2 (0.3) | 2.3 (0.8) | 1.8 (0.4) |
| Unknown/no driver | 31.1 (1.8) | 29.4 (2.9) | 49.9 (6.1) | 32.3 (3.5) | 35.9 (2.7) | 35.9 (2.8) |

[1]Column percent
[2]Standard error

probability of the crash being selected for that day. The weighted frequencies reflect the same sampling base as the unweighted frequencies — passenger vehicles involved in towaway crashes. However, the frequencies are extrapolated to represent the total population of such crash-involved vehicles in the U.S.

With the weighting factors in place, the percentage of vehicles involving a distracted driver increases to 8.3%, and the percentage of unknown or no driver cases drops to 35.9%. Although this table only shows the percentage distributions, the overall projected numbers of vehicles can be calculated by multiplying the percentages by the sample sizes shown at the top of the table. For example, 8.3% of 17.1 million vehicles/drivers is 1.4 million cases over the 5-year study period, or an annual average of 284,000 distracted

[1] The percentage of unknown cases was especially high in 1997, due to fewer occupant interviews and vehicle inspections being conducted while data collection procedures were being converted to a new electronic system.

drivers in towed vehicles.

Having such a large proportion of unknown cases in the data dilutes the overall proportion of drivers identified as distracted at the time of their crash. Also, the fact that the percentage of unknown cases varies widely across years (from 29 to almost 50%) makes it difficult to draw comparisons in the percentage of distraction cases occurring from one year to the next. If one assumes that the unknown cases are distributed like the known cases[2], the overall percentage of crash-involved vehicles with distracted drivers is 12.9%. The yearly percentages are 13.9% for 1995, 11.3% for 1996, 9.9% for 1997, 16.5% for 1998, and 12.7% for 1999.

Because the CDS are weighted sample data, each of the percentage estimates presented in Table 2 has a corresponding standard error. Percentage estimates and standard errors were calculated using SUDAAN, a statistical software package that handles multi-level and multi-year sample data (Shah, Barnwell, and Bieler, 1997). By multiplying the standard error by 1.96 and then adding and subtracting this number from the estimate, one can obtain upper and lower 95% confidence limits for each of the estimates.

**Figure 1** shows the overall estimates of driver attention status contained in Table 2 along with their associated 95% confidence intervals. Based on the data, we can conclude with 95% certainty that, if *all* towaway crashes in the U.S. were examined following the CDS protocol, 7.1% to 9.4% of the drivers in those vehicles would be identified as distracted. An additional 30.4% to 41.5% would have unknown or not applicable attention status.

As was described earlier, the CDS data also contains more detailed




Figure 1. Overall distribution of driver attention status based on the weighted 1995-1999 CDS data.

[2] Analyses showed unknown cases to be similar to known cases with respect to driver age, gender, and other important variables. However, unknown cases were more likely to occur at nighttime, and were less likely to involve occupants other than the driver.

Table 3. Yearly trends in specific driving distractions based on weighted CDS data (column percents and standard errors)

| Driver Distraction | 1995 (N=322K) | 1996 (N=279K) | 1997 (N=182K) | 1998 (N=371K) | 1999 (N=265) | Overall (N=1,420K) |
|---|---|---|---|---|---|---|
| Outside person, object, event | 28.1[1] (6.9)[2] | 35.1 (4.7) | 35.4 (6.4) | 19.8 (5.5) | 34.3 (4.1) | 29.4 (2.4) |
| Adjusting radio/cassette/CD | 14.1 (1.6) | 4.7 (1.5) | 0.4 (0.3) | 23.5 (12.5) | 5.7 (2.4) | 11.4 (3.7) |
| Other occupant | 11.8 (1.7) | 12.8 (4.3) | 10.6 (5.6) | 7.5 (2.4) | 12.7 (3.0) | 10.9 (1.7) |
| Moving object in vehicle | 3.5 (2.5) | 6.2 (3.1) | 2.5 (1.0) | 2.2 (1.0) | 7.6 (4.0) | 4.3 (1.6) |
| Other device/object | ---[3] | 2.6 (1.1) | 4.1 (2.5) | 5.3 (3.2) | 2.7 (1.2) | 2.9 (0.8) |
| Vehicle/climate controls[4] | 4.1 (1.2) | 1.6 (0.9) | 3.4 (1.0) | 2.4 (1.4) | 2.7 (0.8) | 2.8 (0.6) |
| Eating, drinking | 1.8 (0.6) | 1.3 (0.5) | 0.3 (0.2) | 1.6 (0.7) | 3.3 (1.8) | 1.7 (0.3) |
| Using/dialing cell phone[5] | 1.2 (0.6) | 2.8 (1.7) | 3.5 (1.4) | 0.3 (0.1) | 0.8 (0.7) | 1.5 (0.5) |
| Smoking related | 1.6 (0.9) | 0.5 (0.4) | 1.6 (0.5) | 0.01 (0.01) | 1.2 (0.7) | 0.9 (0.2) |
| Other distraction | 17.1 (6.0) | 19.7 (3.0) | 35.0 (7.2) | 35.3 (9.4) | 21.9 (5.7) | 25.6 (3.1) |
| Unknown distraction | 16.7 (7.5) | 12.9 (3.1) | 3.0 (2.0) | 2.1 (0.9) | 7.2 (2.3) | 8.6 (2.7) |

[1] Column percent
[2] Standard error
[3] Variable not available in 1995
[4] Combination of using device/controls integral to vehicle and adjusting climate controls
[5] Combination of talking or listening on cellular phone and dialing cellular phone

information on the specific nature of distracting events. This information is summarized in **Table 3**, again based on the weighted data. The total number of projected crash-involved vehicles with distracted drivers is shown at the top of each column, and the percentage distribution by type of distraction is given below, along with their standard errors. Percentages in each column total 100%. Two of the distraction categories represent combined categories from the original list of 13: “Using device/controls integral to vehicle” and “adjusting climate controls” have been combined into a single “vehicle/climate control” category, and “talking or listening on cellular phone” and “dialing cellular phone” have been combined into “using/dialing cell phone.” This was done because of very small numbers of raw cases for the adjusting climate controls and dialing cell phone categories.

Based on the Table 3 results, the most frequently reported source of distraction for drivers of vehicles in towaway crashes is outside persons, objects, or events (29.4%), followed by adjusting the radio, cassette or CD (11.4%), and other occupants in vehicle (10.9%). All other identified distractions – moving objects in vehicle, objects brought into the vehicle, adjusting vehicle or climate controls, eating and drinking, using a cellular phone, and smoking – each

account for only 1% to 4% of the total. In addition, there is a large category of "other" distracting events (25.6%) and "unknown" distractions (8.6%). More detailed information on the specific types of events is included in the section on the CDS Narrative Analysis and Table 15 later in this document.

It should be noted that there is large year-to-year variability in the generated percentages. This is true even for some categories (such as adjusting the radio, cassette or CD player) that are based on relatively large annual counts. In addition, the weighting process substantially alters some of the percentages. Consequently, the results contained in this report are primarily based on the combined, five-year weighted data.

**Figure 2** is similar to Figure 1, and shows the overall estimates for the




Figure 2. Overall distribution of specific driver distractions based on the weighted 1995-1999 CDS data.

various distractions and their 95% confidence intervals. In many cases the confidence intervals are quite large, a reflection of the heavily weighted data. Nevertheless, outside distractions; distractions involving a radio, CD or tape player; and distractions by other occupants in the vehicle generally stand out as most important.

The remainder of this section presents tables based on the overall weighted CDS data, examining the impact on driver distraction of various driver, roadway, environmental, vehicle, and crash characteristics. In describing these tables, we have not limited ourselves to only those results that are statistically significant. In part, this is because each table presents many possible comparisons. In addition, some results, even though not statistically significant (such as those pertaining to cell phones or other specific

Table 4. Distribution of driver attention status within categories of driver age based on weighted 1995-1999 CDS data (column percents and standard errors)

| Driver Attention Status | AGE <20 | 20-29 | 30-49 | 50-64 | 65+ |
|---|---|---|---|---|---|
| Attentive | 48.6 [1] (2.7) [2] | 47.4 (2.9) | 50.7 (2.8) | 53.6 (5.1) | 47.8 (3.9) |
| **Distracted** | **11.7 (1.9)** | **7.6 (0.7)** | **8.0 (0.9)** | **7.5 (0.8)** | **7.9 (1.4)** |
| Looked but didn t see | 5.4 (0.7) | 4.6 (1.2) | 4.2 (1.0) | 4.4 (0.9) | 16.5 (2.8) |
| Sleepy or fell asleep | 1.7 (0.5) | 1.9 (0.6) | 1.9 (0.6) | 2.0 (0.6) | 1.1 (0.3) |
| Unknown/no driver | 32.6 (2.8) | 38.6 (3.3) | 35.2 (3.3) | 32.6 (4.4) | 26.7 (2.6) |
| OVERALL | 16.9 | 29.9 | 35.4 | 9.9 | 7.8 |

[1] Column percent
[2] Standard error

distractions based on small sample sizes), may still have important research implications. In many instances significance can be determined by a quick comparison of the confidence intervals shown in the figure accompanying a table. For readers interested in more detailed comparisons, having standard errors included in the tables allows this flexibility.

## Driver Factors

**Table 4** presents information on driver attention status by the age of the driver. The table shows that drivers under age 20 were more likely than older drivers to be identified as distracted at the time of their crash: 11.7% of drivers under age 20 were found to be distracted, compared to 8.0% or less for each of the other age groups. When the “unknown” cases are subtracted from the totals, the percentage of young drivers identified as distracted climbs to 17.3%. The proportion of distracted drivers was fairly consistent across all age groups above the youngest. These same results are shown graphically in **Figure 3**. From the graph, it is easy to see that while the youngest age group is more likely to be identified as distracted, this difference is not statistically significant since its confidence interval overlaps with those of the other categories.

In contrast, it is the oldest age group of drivers, those age 65 and above, who stand out with regard to the two other forms of driver inattention identified in Table 4: “looked but didn’t see” and “sleepy or fell asleep.” Drivers age 65 and older were three to four times more likely to have “looked but didn’t see,” and almost half as likely to have been sleepy or asleep prior




Figure 3. Percentage of drivers identified as distracted by age group.




Figure 4. Age distribution of drivers identified as distracted.

Table 5. Distribution of driver age within categories of driver attention status based on weighted 1995-1999 CDS data (row percents and standard errors)

| Driver Attention Status | AGE <20 | 20-29 | 30-49 | 50-64 | 65+ |
|---|---|---|---|---|---|
| Attentive | 16.6 [1] (0.9) [2] | 28.7 (1.6) | 36.4 (1.7) | 10.8 (0.8) | 7.6 (0.6) |
| **Distracted** | **23.3 (3.1)** | **26.9 (1.9)** | **33.7 (3.5)** | **8.8 (1.0)** | **7.3 (1.1)** |
| Looked but didn t see | 16.5 (1.8) | 24.9 (3.1) | 27.3 (5.1) | 8.0 (1.9) | 23.4 (4.8) |
| Sleepy or fell asleep | 16.3 (3.3) | 31.5 (4.8) | 36.7 (5.5) | 10.8 (4.7) | 4.7 (1.8) |
| Unknown/no driver | 15.8 (1.4) | 33.2 (1.8) | 35.8 (1.2) | 9.3 (1.0) | 6.0 (0.6) |
| OVERALL | 16.9 | 29.9 | 35.4 | 9.9 | 7.8 |

[1] Row percent
[2] Standard error

to crashing.

**Table 5** and **Figure 4** examine driver age from a different perspective, by presenting row percents rather than column percents. The question of interest here is, “What is the age distribution of drivers involved in distraction crashes, compared to other types of crashes?” Here we can see that half (50.2%) of drivers involved in distraction crashes are under 30 years of age and 83.9% are under 50. While this is a relatively youthful population of drivers, it is not too different from the overall age distribution of drivers involved in crashes serious enough to require towing from the scene. Meanwhile, drivers age 50 and above are involved in only 16.1% of distraction crashes.

**Table 6** provides more detailed information on the specific types of distractions for the various age groupings of drivers. Drivers under age 20 were much more likely than older drivers to have been distracted while adjusting a radio, cassette, or CD player. For drivers in the 20-29 year age group, other occupants were especially likely to be a source of distraction,

**Table 6**. Distribution of specific driver distractions within categories of driver age based on weighted 1995-1999 CDS data
(column percents and standard errors)

| Driver Distraction | AGE | | | | |
|---|---|---|---|---|---|
| | <20 | 20-29 | 30-49 | 50-64 | 65+ |
| Outside person, object, event | 27.0[1] (5.9)[2] | 29.0 (4.3) | 27.5 (2.1) | 33.3 (9.2) | 42.8 (13.5) |
| Adjusting radio/cassette/CD | 28.9 (12.1) | 7.9 (3.3) | 7.3 (3.3) | 0.6 (0.4) | 0.2 (0.2) |
| Other occupant | 10.7 (2.0) | 17.8 (4.7) | 9.8 (2.4) | 1.5 (1.0) | 2.6 (1.0) |
| Moving object in vehicle | 5.0 (4.4) | 2.4 (0.9) | 6.5 (4.1) | 3.6 (2.1) | 0.1 (0.1) |
| Other device/object | 1.3 (0.6) | 2.7 (0.9) | 4.2 (1.6) | 4.4 (3.2) | 1.4 (1.0) |
| Vehicle/climate controls | 3.1 (1.5) | 2.1 (0.5) | 3.3 (1.2) | 3.4 (2.0) | 1.8 (1.7) |
| Eating, drinking | 1.1 (0.5) | 1.4 (0.6) | 1.1 (0.4) | 7.9 (2.1) | 0.5 (0.6) |
| Using/dialing cell phone | 0.1 (0.1) | 0.7 (0.4) | 3.3 (1.2) | 0.1 (0.1) | 2.3 (2.1) |
| Smoking related | 0.9 (0.4) | 1.1 (0.3) | 1.0 (0.5) | 0.3 (0.3) | 0.0 (0.0) |
| Other distraction | 19.4 (4.2) | 22.6 (4.5) | 25.7 (3.1) | 34.5 (6.0) | 45.0 (11.7) |
| Unknown distraction | 2.5 (0.6) | 12.4 (2.9) | 10.5 (3.8) | 10.3 (6.0) | 3.2 (1.5) |
| OVERALL | 23.0 | 26.8 | 34.0 | 9.2 | 7.1 |

[1] Column percent
[2] Standard error

while for those ages 30-49, dialing and using a cell phone was more frequently cited (although still only a small percentage of the cases overall). Drivers ages 50-64 were overrepresented with respect to eating and drinking distractions, while those ages 65 and older were more likely to have been distracted by objects and events outside the vehicle (other vehicles, signs, animals, etc.) and by other (unspecified) distractions.

With regard to driver sex, males were slightly more likely than females to be involved in crashes involving driver distraction, but the difference was not statistically significant (**Table 7**). The specific types of distractions were also similar for male and female drivers (**Table 8** and **Figure 5**). Overall, 63% of the distracted drivers were male and 37% were female (compared to 56% and 44%, respectively, for all drivers in the CDS database).

It should again be emphasized that these percentages are vehicle or

Table 7. Distribution of driver attention status for males and females based on weighted 1995-1999 CDS data (column percents and standard errors)

| Driver Attention Status | Male | Female |
|---|---|---|
| Attentive | 46.6 [1] (3.1) [2] | 52.6 (2.7) |
| **Distracted** | **8.8 (0.7)** | **7.8 (0.6)** |
| Looked but didn t see | 4.9 (0.6) | 6.2 (1.0) |
| Sleepy or fell asleep | 2.7 (0.8) | 0.7 (0.1) |
| Unknown/no driver | 37.0 (2.8) | 32.8 (3.3) |
| OVERALL | 56.2 | 43.8 |

[1] Column percent
[2] Standard error




Figure 5. Distribution of specific driver distractions for males and females based on weighted 1995-1999 CDS data.

Table 8. Distribution of specific driver distractions for males and females based on weighted 1995-1999 CDS data (column percents and standard errors)

| Driver Distraction | Male | Female |
|---|---|---|
| Outside person, object, event | 28.9[1] (3.7)[2] | 30.5 (2.7) |
| Adjusting radio/cassette/CD | 10.3 (2.4) | 13.1 (8.4) |
| Other occupant | 11.2 (2.4) | 10.6 (2.0) |
| Moving object in vehicle | 4.2 (2.5) | 4.7 (2.0) |
| Other device/object | 2.2 (0.9) | 4.1 (1.7) |
| Vehicle/climate controls | 2.3 (0.9) | 3.6 (1.3) |
| Eating, drinking | 2.0 (0.7) | 1.3 (0.6) |
| Using/dialing cell phone | 1.7 (0.5) | 1.2 (0.7) |
| Smoking related | 0.9 (0.2) | 0.9 (0.4) |
| Other distraction | 28.3 (3.1) | 22.0 (4.1) |
| Unknown distraction | 8.0 (3.1) | 8.1 (2.9) |
| OVERALL | 63.1 | 36.9 |

[1] Column percent
[2] Standard error

driver oriented, rather than crash oriented. To the extent that young and/or male drivers are more likely to be "at fault" in their collisions, one might also anticipate higher incidences of distracted or inattentive driving. The percentages also underestimate the importance of distraction as a contributing factor to *crashes*. This is because it is unlikely that more than one of the drivers involved in two (or more) vehicle crashes is distracted at the time of the crash: if 10 out of 100 two-vehicle crashes are caused by distracted drivers, then 10% of the crashes involve a distracted driver, but only 5% (10 out of 200) of the vehicles had distracted drivers.