**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

COZY INN, INCORPORATED, d/b/a The Cozy Inn, et al.,

Plaintiffs - Appellees,

v.

CITY OF SALINA, KANSAS,

Defendant - Appellant.

------------------------------

ALLIANCE DEFENDING FREEDOM, et al.,

Amici Curiae

No. 25-3225
(D.C. No. 6:24-CV-01027-TC)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on the following motions:

1. *Motion of the Liberty Justice Center for Leave to File as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 30;
2. *Motion for Leave to File Brief of Pacific Legal Foundation as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 35;
3. *Motion of National Federation of Independent Business, Inc. for Leave to File Brief as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 38;

4. *Motion for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs-Appellees*, ECF No. 44;
5. *Motion by Alliance Defending Freedom for Leave to File an Amicus Curiae Brief in Support of Plaintiffs-Appellees*, ECF No. 51; and
6. *Motion for Leave to File Brief Amici Curiae of Goldwater Institute and Manhattan Institute in Support of Appellees and Reversal*, ECF No. 52.

On April 2, 2026, the court ordered any party opposing these motions to file a response in opposition by April 8, 2026. The court received responses from Appellant in opposition to all motions. The Goldwater Institute and Manhattan Institute filed a reply, ECF No. 67.

At the direction of the court, the above-listed motions are **provisionally granted**, subject to reconsideration by the panel of judges that will be assigned to consider this appeal on the merits. The proposed amicus briefs shall be filed as of the date of this order. Paper copies of the brief need not be submitted unless ordered by the court at a later date.

Appellant's optional reply brief remains due April 15, 2026.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk