**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 6, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

COZY INN, INCORPORATED, d/b/a The Cozy Inn, et al.,

Plaintiffs - Appellees,

v.

CITY OF SALINA, KANSAS,

Defendant - Appellant.

------------------------------

ALLIANCE DEFENDING FREEDOM, et al.,

Amici Curiae

No. 25-3225
(D.C. No. 6:24-CV-01027-TC)
(D. Kan.)

---

**ORDER**

---

Before **MATHESON** and **FEDERICO**, Circuit Judges.

---

The City of Salina, Kansas, moves for a stay pending appeal of the district court's declaratory judgment that the definition of "sign" in its sign code is facially unconstitutional. The Appellees have responded in opposition, and the City has replied.

In deciding whether to issue a stay, the court considers "(1) whether the stay applicant has made a strong showing that [it] is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and

(4) where the public interest lies." *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [the court's] discretion." *Nken v. Holder*, 556 U.S. 418, 433-34 (2009).

The City has not established that the stay factors weigh in its favor, such that the circumstances justify the entry of a stay. We therefore deny the motion for stay pending appeal (Dkt. No. 20).

Entered for the Court

Per Curiam