UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 26, 2026

Mr. Brendan Joseph Philbin
Liberty Justice Center
524 Francis Nicholson Way
Annapolis, MD 21401

**RE: 25-3225, Cozy Inn, Incorporated, et al v. City of Salina, Kansas**
Dist/Ag docket: 6:24-CV-01027-TC

Dear Counsel:

The paper copies of the amicus brief are deficient.

The color of the cover of the amicus brief is incorrect. *See* Fed. R. App. P. 32(a)(2) and Fed. R. App. P. 28.1(d). The cover an amicus brief should be green.

You must file seven corrected paper copies within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Riley Grace Borden
Trevor Caldwell Burrus
Lee Goldstein
Samuel Guy MacRoberts

CMW/at