United States Court of Appeals for the Tenth Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
www.ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

**Instructions for Cases Set on the Oral Argument Calendar**

Dear Counsel/Litigant:

The United States Court of Appeals for the Tenth Circuit has placed this case on the oral argument calendar. Cases on the calendar are either scheduled for in-person oral argument or deemed submitted on the briefs. The Clerk of Court will notify the parties accordingly. Parties should consult the oral argument calendar available on the Court's website for additional information.

**Counsel must electronically file the following applicable form(s) within 10 days of the date this notice is filed. The oral argument calendar and all required forms can be found here. Arguing counsel who have not previously entered an appearance must do so prior to filing the required form(s).**

Calendar Acknowledgment Form: **Only counsel presenting oral argument must file this form. Pro se parties, counsel in cases submitted on the briefs, and counsel not presenting oral argument need not file an acknowledgment form.** Counsel for an amicus curiae may not argue without permission of the court; amicus counsel need not file an acknowledgment form unless and until granted permission to participate in argument.

**Custody Status Questionnaire:** This form must be filed by counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal), counsel for the petitioner in a habeas corpus or immigration appeal, or counsel for any appellant or appellee who is in custody in any other appeal. **This form must be filed even if the case has been submitted on the briefs. If the party is pro se, the form need not be submitted.**

**Travel Authorization (CJA appointed counsel only):** Travel authorizations must now be filed in eVoucher by the appointed CJA attorney and approved by the court. Instructions for filing a TRAVEL Auth can be found **here.** **Travel authorizations are no longer docketed.** Please call the court's CJA staff at 303-335-2968 with any further questions.

Motions to waive or postpone oral argument must be filed well in advance. *See* 10th Cir. R. 34.1(A)(2) and (3). **Counsel must comply with all requirements of 10th Cir. R. 34.1(A)(3)(b), including suitability of submission on the briefs, when filing a motion to postpone oral argument.** Unless the court orders submission on the briefs or postponement, attendance in person at oral argument is required. **The court will not grant motions to participate in oral argument remotely absent extraordinary circumstances.** Arguing attorneys must check-in 45 minutes before the argument session is scheduled to begin. Please contact the Calendar Team with any questions: 303-335-2708 or 10th_Circuit_Calteam@ca10.uscourts.gov.

Very truly yours,

CHRISTOPHER M. WOLPERT, Clerk