**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 30, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

COZY INN, INCORPORATED, d/b/a The Cozy Inn; STEPHEN HOWARD,

Plaintiffs - Appellees,

v.

CITY OF SALINA, KANSAS,

Defendant - Appellant.

------------------------------

ALLIANCE DEFENDING FREEDOM; GOLDWATER INSTITUTE; LIBERTY JUSTICE CENTER; INSTITUTE FOR JUSTICE; MANHATTAN INSTITUTE; NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC.; PACIFIC LEGAL FOUNDATION,

Amici Curiae.

No. 25-3225
(D.C. No. 6:24-CV-01027-TC)
(D. Kan.)

---

**JUDGMENT**

---

Before **MATHESON** and **PHILLIPS**, Circuit Judges, **URIAS**,* District Judge.

---

This case originated in the District of Kansas and was argued by counsel.

---

* The Honorable David H. Urias, U.S. District Judge, District of New Mexico, sitting by designation.

The judgment of that court is affirmed.

Entered for the Court

Per Curiam